UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 11, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:12-CR-00198-MCE-32
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
NICHOLAS OJEDA, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICHOLAS OJEDA, Case No. 2:12-CR-00198-MCE-32, Charge Title 21 USC §§ 846; 841(A)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 50,000 (co-signed)

　　✔ Unsecured Appearance Bond

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond with Surety

　　__ Corporate Surety Bail Bond

✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 11, 2012 at 2:2Y pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge